# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | **CASE NO. 15-70226-JAD** |
| | : | |
| Sharon Emerick, | : | **CHAPTER 13** |
| Debtor | : | |
| | : | **DOC NO. 32** |
| Sharon Emerick, | : | |
| Movant | : | **RELATED TO DOC. NO. 30, 31** |
| | : | |
| v. | : | **CONCIL. CONF.** |
| Ronda J. Winnecour, Esquire, | : | November 10, 2016 at 10:30 AM |
| Chapter 13 Trustee, | : | |
| Respondent | : | |

## CERTIFICATE OF SERVICE OF ORDER DATED OCTOBER 3, 2016, NOTICE OF PROPOSED MODIFICATION TO CONFIRMED PLAN ALONG WITH THE AMENDED CHAPTER 13 PLAN DATED SEPTEMBER 30, 2016,

I, Sharla Munroe, Paralegal of McElrath Legal Holdings, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Order dated October3, 2016, Notice of Proposed Modification to Confirmed Plan along with the Amended Chapter 13 Plan dated September 30, 2016, on the parties on the parties at the addresses on the attached matrix. Service made on the parties was first-class mail or electronic notification.

Executed on: October 6, 2016

By:  /s/ Sharla Munroe
Sharla Munroe, Paralegal
McElrath Legal Holdings, LLC
1641 Saw Mill Run Blvd
Pittsburgh, PA 15210
Tel: 412.765.3606
Fax: 412.765.1917

**MATRIX OF PARTIES SERVED**

Service by NEF:

Office of the U.S. Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour, Ch. 13 Trustee
cmecf@chapter13trusteewdpa.com

Service by First-Class Mail:

Sharon Emerick
460 Hyndman Road
Hyndman, PA 15545

1st Peoples Community
153 Baltimore Street
Cumberland, MD 21502

Allegany Imaging PC
P.O. Box 3277
Indianapolis, IN 46206-3277

Andrew F. Gornall, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

Asset Acceptance, LLC
P.O. Box 2036
Warren, MI 48090-2036

AUSA Check Recovery
PO Box 55841
Boston, MA 02205

Bank of America
Attn: Correspondence Unit/CA6-919-02-41
Po Box 5170
Simi Valley, CA 93062

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Capital One
Po Box 30253
Salt Lake City, UT 84130

Century Link
PO Box 1319
Charlotte, NC 28201

Chessie Fcu
15 Commerce Dr
Cumberland, MD 21502

Chessie Federal Credit Unio
15 Commerce Dr
Cumberland, MD 21502

Citibank/The Home Depot
Citicorp Credit Srvs/Centralized Bankrup
Po Box 790040
Saint Louis, MO 63179

Collection Service Center
P.O. Box 1613
Cumberland, MD 21501

Credit Coll USA
Ccusa/Attn:Bankruptcy
16 Distributor Dr Ste 1
Morgantown, WV 26501

Cristina Lynn Connor, Esquire
KML Law Group, P.C.
Suite 5000 - BNY Mellon Independence Ctr
701 Market Street
Philadelphia, PA 19106

Directv
P.O. Box 11732
Newark, NJ 07101-4734

FNCB Inc.
P.O. Box 51660
Sparks, NV 89435

Focus Receivables Mana
1130 Northchase Parkway
Suite 150
Marietta, GA 30067

Hayt, Hayt & Landau, LLC
2 Industrialk Way WST
PO Box 500
Eatontown, NJ 07724

Hsbc Bank
95 Washington Street
Buffalo, NY 14203

HSBC Bank Nevada, N.A.
600 Pennsylvania Avenue N.W.
Washington, DC 20580

Hsbc/rs
Attn: Bankruptcy Department
Po Box 5263
Carol Stream, IL 60197

Jefferson Capital Systems
16 Mcleland Rd
Saint Cloud, MN 56303

Jefferson Capital Systems, LLC
16 McLeland Road
Saint Cloud, MN 56303

Lavale Collection Agen
101 Woolworth Ave
Lavale, MD 21502

Midexpress Billing
Attn: # 7958J
P.O. Box 14000
Belfast, ME 04915-4033

Midland Funding
8875 Aero Dr Ste 200
San Diego, CA 92123

Nationstar Mortgage
PO Box 650783
Dallas, TX 75265

SAC Energy
4588 Business 220
Bedford, PA 15522

Salute Gold Card
P.O. Box 136
Newark, NJ 07101

Sunrise Credit Services, Inc.
Post Office Box 9100
Farmingdale, NY 11735-9100

U.S. Cellular
Dept. 0205
Palatine, IL 60055-0205

West Penn Power
c/o First Energy
Revenue Assurance
1310 Fairmont Avenue
Fairmont, WV 26554