# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
SHARON EMERICK                                        Case No. 15-70226JAD

        Debtor(s)
RONDA J. WINNECOUR,                                   Chapter 13
Standing Chapter 13 Trustee,

        Movant                                        Document No __
    vs.
NATIONSTAR MORTGAGE LLC(*)

        Respondents

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

TRUSTEE INFORMED BY DEBTOR THAT MORTGAGE HAS BEEN TRANSFERRED FROM MR. COOPER TO BSI.

NATIONSTAR MORTGAGE LLC(*)                            Court claim# 1/Trustee CID# 32
PO BOX 619094
DALLAS, TX 75261-9741

The Movant further certifies that on 05/30/2018 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

                                                              /s/ Ronda J. Winnecour
                                                              RONDA J WINNECOUR PA ID #30399
                                                              CHAPTER 13 TRUSTEE WD PA
                                                              600 GRANT STREET
cc: debtor(s)                                         SUITE 3250 US STEEL TWR
    original creditor                                PITTSBURGH, PA  15219
    putative creditor                                (412) 471-5566
    counsel for debtor(s)                            cmecf@chapter13trusteewdpa.com
    counsel for the creditor(s) (if known)

| DEBTOR(S): | DEBTOR'S COUNSEL: |
|---|---|
| SHARON EMERICK, 460 HYNDMAN ROAD, HYNDMAN, PA  15545 | FRED W FREITAG IV ESQ, KEYSTONE LEGAL SOLUTIONS, 1641 SAW MILL RUN BLVD, PITTSBURGH, PA  15210 |
| ORIGINAL CREDITOR'S COUNSEL: | ORIGINAL CREDITOR: |
| ANDREW F GORNALL ESQ, KML LAW GROUP PC, 701 MARKET ST STE 5000, PHILADELPHIA, PA  19106 | NATIONSTAR MORTGAGE LLC(*), PO BOX 619094, DALLAS, TX 75261-9741 |

:
NATIONSTAR MORTGAGE LLC**, ATTN BANKRUPTCY NOTICES - LEGAL, PO BOX 619096, DALLAS, TX 75261-9741

NEW CREDITOR:
BSI FINANCIAL SERVICES INC.
LOCKBOX NUMBER 679002
1200 E CAMPBELL RD STE 108
RICHARDSON TX 75081