**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

SHARON EMERICK

    Debtor(s)

Ronda J. Winnecour
    Movant
vs.
No Respondents.

Case No.: 15-70226 JAD

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 03/31/2015 and confirmed on 06/04/2015. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 25,984.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 25,984.00 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,300.00 | |
|   Trustee Fee | 1,082.73 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,382.73 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| US BANK NATN'L TRUST ASSN - TRUSTEE | 0.00 | 14,815.56 | 0.00 | 14,815.56 |
|   Acct: 9604 | | | | |
| US BANK NATN'L TRUST ASSN - TRUSTEE | 4,316.59 | 858.96 | 0.00 | 858.96 |
|   Acct: 9604 | | | | |
| CHESSIE FCU | 7,051.00 | 5,142.57 | 784.18 | 5,926.75 |
|   Acct: XXX0892 | | | | |
| | | | | 21,601.27 |
| **Priority** | | | | |
| FRED W FREITAG IV ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| SHARON EMERICK | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| KEYSTONE LEGAL SOLUTIONS LLC++ | 3,300.00 | 3,300.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| KEYSTONE LEGAL SOLUTIONS LLC++ | 750.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |

\*\*\* N O N E \*\*\*

15-70226 JAD    **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**    Page 2 of 3

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
|   FIRST PEOPLES COMMUNITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX0143 | | | | |
|   ALLEGHENY IMAGING PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXALG1 | | | | |
|   AUSA CHECK RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX3779 | | | | |
|   BANK OF AMERICA NA** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX6896 | | | | |
|   CAPITAL ONE BANK NA** | 1,702.83 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX9115 | | | | |
|   CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX1014 | | | | |
|   CENTURY LINK TELEPHONE++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX0709 | | | | |
|   CHESSIE FCU | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX0871 | | | | |
|   CHESSIE FCU | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX0870 | | | | |
|   THD/CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX7550 | | | | |
|   COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: I3MQ | | | | |
|   CREDIT COLLECTIONS USA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX6001 | | | | |
|   CREDIT COLLECTIONS USA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX1101 | | | | |
|   AMERICAN INFOSOURCE LP - AGENT DIRE | 170.95 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX7389 | | | | |
|   FOCUS RECEIVABLE MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX3951 | | | | |
|   HSBC BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX0736 | | | | |
|   HSBC BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX8390 | | | | |
|   HSBC BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX1508 | | | | |
|   JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX0003 | | | | |
|   LAVALE COLLECTION AGENCY++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX58N1 | | | | |
|   LAVALE COLLECTION AGENCY++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX29N1 | | | | |
|   LAVALE COLLECTION AGENCY++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX57N1 | | | | |
|   LAVALE COLLECTION AGENCY++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX86N1 | | | | |
|   MED EXPRESS BILLING | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX3908 | | | | |
|   MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX6545 | | | | |
|   SAC INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX0239 | | | | |
|   SALUTE VISA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX0794 | | | | |
|   US CELLULAR | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX5662 | | | | |
|   WEST PENN POWER* | 758.06 | 0.00 | 0.00 | 0.00 |
|     Acct: 3956 | | | | |

| 15-70226 JAD | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 3 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

\* \* \* N O N E \* \* \*

| | | | | | |
|---|---|---|---|---|---|
| TOTAL PAID TO CREDITORS | | | | | 21,601.27 |
| TOTAL CLAIMED | | | | | |
| PRIORITY | 0.00 | | | | |
| SECURED | 11,367.59 | | | | |
| UNSECURED | 2.631.84 | | | | |

Date: 05/17/2019

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com